UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Plaintiff,<br><br>    v.<br><br>L.M.A. MARKETING, INC., DOING BUSINESS UNDER THE FICTITIOUS BUSINESS NAME OF MORTGAGE CONCEPTS,<br><br>        Defendant.<br>_____/ | No. CIV-S-04-0061 MCE/KJM<br><br><br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

   Pursuant to the representations of the attorney for defendant, the court has determined that this case is settled.

   In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before December 6, 2005.

///

///

///

///

///

1  Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4 IT IS SO ORDERED.
5 DATE: November 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE