1   BILL LOCKYER
    Attorney General of the State of California
2   ALBERT NORMAN SHELDEN
    Senior Assistant Attorney General
3   IAN K. SWEEDLER
    Deputy Attorney General
4   BETTINA C. REDWAY
    Deputy Attorney General
5   State Bar No. 173529
      1300 I Street
6     Sacramento, CA 95816
      Telephone (916) 324-9546
7     Fax: (916) 323-5317

8   Attorneys for Plaintiff
    The People of the State of California
9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  PEOPLE OF THE STATE OF CALIFORNIA,          No. CIV S-04-0061 MCE KJM

14                          Plaintiff,
                                                **FINAL JUDGMENT**
15             vs.                              **PURSUANT TO**
                                                **STIPULATION**
16  L.M.A. MARKETING, INC. DOING BUSINESS
    UNDER THE FICTITIOUS BUSINESS NAME OF       Trial Date:  November 9, 2005
17  MORTGAGE CONCEPTS,                          Courtroom:  3

18                          Defendant.
                                          /
19

20        It appearing to this Court that Plaintiff, the People of the State of California, by and

21  through the Attorney General and Defendant L.M.A. Marketing, Inc., and its former president,

22  Loraine Mundell, have resolved the matters in controversy between them without any

23  admission by Defendant or Mundell, submission of evidence by the People or findings by this

24  court, and, in a Stipulation For Entry of Final Judgment filed concurrently herewith, have

25  consented to the terms of this Judgment and good cause having been shown, the Court hereby

26  enters this Stipulated Judgment:

                                        - 1-

1          IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

2          This Court has jurisdiction of the subject matter hereof and the parties hereto:

3          1.          Pursuant to the Telemarketing Consumer Protection Act, 47 U.S.C. § 227(f)(1),

4    Defendant L.M.A. Marketing, Inc. and Loraine Mundell are hereby permanently enjoined and

5    restrained from engaging or performing, directly or indirectly, in any telephone solicitations or

6    telemarketing without complying with the Telephone Consumer Protection Act 47 U.S.C. §

7    227.

8          2.          Pursuant to the Telemarketing and Consumer Fraud Abuse Act, 15 U.S.C. §§

9    6103, Defendant L.M.A. Marketing, Inc. and Loraine Mundell are hereby permanently enjoined

10   and restrained from engaging or performing, directly or indirectly, in any telemarketing or

11   telephone solicitations without complying with the Telemarketing and Consumer Fraud Abuse

12   Act, 15 U.S.C. §§ 6101-6108.

13         3.          Pursuant to the California Business and Professions Code §17203, Defendant

14   L.M.A. Marketing, Inc. and Loraine Mundell are hereby permanently enjoined and restrained

15   from engaging or performing, directly or indirectly, in any telephone solicitations or

16   telemarketing without complying with the California Business and Professions Code §17200, et

17   seq.

18         4.          Pursuant to the Telemarketing Consumer Protection Act, 47 U.S.C. § 227(f)(1),

19   the Telemarketing and Consumer Fraud Abuse Act, 15 U.S.C. §§ 6103, and California Business

20   and Professions Code §17203, Defendant, and Lorraine Mundell jointly and severally, shall pay

21   a civil penalty of $500.  Before entry of this judgment, Defendant and Lorraine Mundell shall

22   deliver a certified bank check for the full amount of the payment of the $500 civil penalty to the

23   Office of the Attorney General, 455 Golden Gate Avenue, San Francisco, California 94102-

24   7004, Attn. Ian Sweedler.

25   ///

26   ///

1        5.       Defendant L.M.A Marketing, Inc. and Loraine Mundell shall be liable for a civil

2  penalty of $100,000.  The civil penalty shall be enforceable by the People for a period of five

3  (5) years from the date of entry of this judgment. Payment of the $100,000 civil penalty is

4  stayed unless the People file a motion to compel payment during the enforcement period and

5  thereafter the court finds either (a) that Defendant L.M.A. Marketing, Inc or Loraine Mundell

6  have violated any of the injunctive terms set forth in Paragraphs 1 through 3 of this Judgment,

7  or (b) that Loraine Mundell made untrue or misleading statements in her sworn declaration

8  pertaining to this Final Judgment Pursuant to Stipulation.  Upon entry of such finding, the stay

9  of payment is lifted and the full amount of the penalty becomes due immediately.  Nothing

10  herein precludes the People from bringing another type of action or proceeding as the result of

11  any violation of the injunction or any untrue or misleading statement in Ms. Loraine Mundell's

12  declaration.

13        6.       This Stipulated Permanent Injunction and Judgment shall take effect

14  immediately upon entry by the clerk, and the clerk is ordered to enter this Final Judgment

15  Pursuant to Stipulation forthwith.

16        7.       This Court shall retain jurisdiction over this matter for the purposes of enabling

17  any party to this Final Judgment Pursuant to Stipulation to apply to the Court at any time, and

18  after serving notice to all other parties, for such further orders and directions as might be

19  necessary or appropriate for the construction, carrying out, modification, enforcement, or

20  punishment for any violation of the injunctive provisions of the Final Judgment Pursuant to

21  Stipulation.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

1                          **ORDER AND JUDGMENT**

2

3          The parties having so stipulated and good cause having been shown, this Final

4   Judgment Pursuant to Stipulation is hereby entered.

5

6

7   Dated: November 29, 2005

8

9   _____
    MORRISON C. ENGLAND, JR.
10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26